1

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**

10

11   SHAWN DAMON BARTH,                    Case No. CV 16-01469 DMG (RAO)

12                    Plaintiff,

13          v.                            **ORDER ACCEPTING REPORT
                                          AND RECOMMENDATION OF**
14   BEARD, et al.,                       **UNITED STATES MAGISTRATE
                                          JUDGE**
15                    Defendants.

16

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Second

18   Amended Complaint [Doc. # 65], all of the other records and files herein, and the

19   Magistrate Judge's Report and Recommendation ("Report").  The time for filing

20   objections to the Report has passed and no objections have been received.  The

21   Court hereby accepts and adopts the findings, conclusions, and recommendations of

22   the Magistrate Judge.

23          Accordingly, IT IS ORDERED that Plaintiff's Second Amended Complaint

24   is DISMISSED without prejudice.

25

26   DATED:  February 26, 2019        _____
                                      DOLLY M. GEE
27                                    UNITED STATES DISTRICT JUDGE

28