# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN DAMON BARTH,<br>　　　　Plaintiff,<br>　　v.<br>BEARD, et al.,<br>　　　　Defendants. | Case No. CV 16-01469 DMG (RAO)<br><br>**JUDGMENT** |

　　In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

　　IT IS ORDERED AND ADJUDGED that Plaintiff's Second Amended Complaint is DISMISSED without prejudice, and this action is dismissed.

DATED: February 26, 2019

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE